PROPOSED ORDER/COVER SHEET

| | | | |
|---|---|---|---|
| **TO:** | Honorable Bernard Zimmerman<br>U.S. Magistrate Judge | **RE:** | VILANOVA, Willy |
| **FROM:** | Roy Saenz, Chief<br>U.S. Pretrial Services Officer | **DOCKET NO.:** | 3:11-MJ-71416-EDL |
| **DATE:** | January 27, 2012 | | |

THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:

Betty A. Kim, Supervising            (510) 637-3756
U.S. PRETRIAL SERVICES OFFICER      TELEPHONE NUMBER

**RE:**   MODIFICATION OF CONDITIONS (OR INFORMATION/VIOLATION)

We are requesting direction from the Court. Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

[✓] I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

[ ] Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. _____ on _____ at _____.

[ ] Inform all parties concerned that a Bail Review Hearing will be conducted by:
Magistrate Judge_____ Presiding District Court Judge_____

[ ] I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

[ ] Modification(s)

A.

B.

[ ] Bail Revoked/Bench Warrant Issued.

[ ] I am returning the signed order and direct that a copy be provided to the Court file and all interested parties(AUSA and Defense Counsel).

[✓] Other Instructions:

*Based on our discussion, I am satisfied to allow Probation and the judge who will be supervising him handle this*

_____        30 Jan 2012
JUDICIAL OFFICER                           DATE

Cover Sheet (02/07/2011)